UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAIAH KELSON,

                          Plaintiff,

             -against-

T. PITTERS, CORRECTIONAL OFFICER,

                        Defendant.

22-CV-9787 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated November 18, 2022, the Court directed Plaintiff, within thirty days, to resubmit the signature page of the *in forma pauperis* (IFP) application with an original signature. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not submitted the signed signature page as directed. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   December 28, 2022
           New York, New York

                                       /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                     Chief United States District Judge